IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02965-RPM-BNB

JOSE BENITO MARTINEZ,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation to Dismiss without Prejudice [15], it is

ORDERED that this case is dismissed without prejudice, each party to pay its own costs and attorneys' fees.

DATED:   April 23rd, 2013

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge